**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7689

IRVIN HANNIS CATLETT, JR.,

               Plaintiff – Appellant,

          v.

COUNTY OF WORCESTER; PHILLIP FORT, Sgt.,

               Defendants – Appellees,

          and

STATE OF MARYLAND; JOEL TODD, States Attorney,

               Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Peter J. Messitte, Senior District
Judge. (8:11-cv-00162-PJM)

Submitted: May 24, 2012          Decided:  May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Irvin Hannis Catlett, Jr., Appellant Pro Se. John Francis
Breads, Jr., Hanover, Maryland; Nichole Cherie Gatewood, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin Hannis Catlett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Catlett v. Worcester, No. 8:11-cv-00162-PJM (D. Md. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED